# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1150**
**CA 14-00672**
PRESENT: CENTRA, J.P., FAHEY, SCONIERS, WHALEN, AND DEJOSEPH, JJ.

---

KATHLEEN CORRADO, INDIVIDUALLY AND AS PARENT
AND NATURAL GUARDIAN OF LUCAS DELGATTO, INFANT,
PLAINTIFF-RESPONDENT,

V                                                              MEMORANDUM AND ORDER

CHOUDARY DAVULURI, M.D., ST. JOSEPH'S HOSPITAL
HEALTH CENTER'S MATERNAL CHILD HEALTH CENTER AND
ST. JOSEPH'S HOSPITAL HEALTH CENTER,
DEFENDANTS-APPELLANTS.

---

MARTIN, GANOTIS, BROWN, MOULD & CURRIE, P.C., DEWITT (DANIEL P. LARABY
OF COUNSEL), FOR DEFENDANT-APPELLANT CHOUDARY DAVULURI, M.D.

HANCOCK ESTABROOK, LLP, SYRACUSE (ASHLEY D. HAYES OF COUNSEL), FOR
DEFENDANTS-APPELLANTS ST. JOSEPH'S HOSPITAL HEALTH CENTER'S MATERNAL
CHILD HEALTH CENTER AND ST. JOSEPH'S HOSPITAL HEALTH CENTER.

DEFRANCISCO & FALGIANTANO LAW FIRM, SYRACUSE (CHARLES L. FALGIATANO OF
COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeals from an order of the Supreme Court, Onondaga County
(Donald A. Greenwood, J.), entered June 25, 2013. The order denied
the motion of defendants for a directed verdict.

It is hereby ORDERED that said appeals are unanimously dismissed
without costs.

Memorandum: Defendants appeal from an order denying their motion
for a directed verdict at the close of plaintiff's case (*see* CPLR
4401). The jury was unable to reach a verdict after the close of
evidence, and Supreme Court declared a mistrial. The appeals must be
dismissed. The court's order denying the motion for a directed
verdict embodies "determinations in the nature of rulings by the court
during the trial and is not appealable" (*Covell v H.R.H. Constr.
Corp.*, 24 AD2d 566, 567, *affd* 17 NY2d 709; *see Kinker v 6409-20th Ave.
Realty Corp.*, 28 AD2d 907, 908, *appeal dismissed* 20 NY2d 796; *see also
Kemp v Lynch*, 283 AD2d 934, 934), either as of right or by permission
(*see Radford v Sheridan Prods.*, 181 AD2d 667, 668).

Entered:  November 21, 2014                     Frances E. Cafarell
                                                Clerk of the Court